# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141741(65)(67)(69)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellant,

v

RAMON LEE BRYANT,
         Defendant-Appellee.
_____

SC: 141741
COA: 280073
Kent CC: 01-008625-FC

       On order of the Chief Justice, the motion by the Attorney General for leave to file a brief *amicus curiae* is considered and it is granted. The motion by Criminal Defense Attorneys of Michigan for extension of time for filing their brief *amicus curiae* is considered and it is granted. The motion by Criminal Defense Attorneys of Michigan for leave to participate in oral argument is considered and it is granted, limited to ten minutes of the time allotted to defendant-appellee.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2011

_____
Clerk